UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH I. HARRIS,

   PLAINTIFF,                                 CASE NO.: 8:21-CV-00236-TPB-CPT

V.

MIDLAND CREDIT MANAGEMENT, INC.,

   DEFENDANT.
_____/

## JOINT NOTICE OF MEDIATION

Pursuant to the Court's March 4, 2021 Order [Dkt. 9], Plaintiff, Judith I. Harris, and Defendant, Midland Credit Management, Inc., hereby provide notice to the Court that a mediation conference before **Greg Holder of Zinober Diana & Monteverde, P.A.** has been scheduled in the above-captioned matter for **June 4, 2021 at 12:30PM CST**

| | |
|---|---|
| Dated: March 24, 2021 | Respectfully submitted, |
| */s/ Alexander J. Taylor* | */s/ Sydney Alexander* |
| Alexander J. Taylor, Esq. | Cory W. Eichhorn |
| Florida Bar No. 6327679 | Florida Bar No. 576761 |
| SULAIMAN LAW GROUP, LTD. | cory.eichhorn@hklaw.com |
| 2500 S. Highland Ave Suite 200 | Sydney Alexander, Esq. |
| Lombard, IL 60148 | Florida Bar No. |
| (630) 575-8181 | Sydney.alexander@hklaw.com |
| (630) 575-8188 (fax) | HOLLAND & KNIGHT LLP |
| ataylor@sulaimanlaw.com | 701 Brickell Avenue, Suite 3300 |
| *Counsel for Plaintiff* | Miami, FL 33131 |
| | Telephone: (305) 374-8500 |
| | Facsimile: (305) 789-7799 |
| | *Counsel for Defendant* |

1